The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO RODRIGUEZ-PEREZ,<br><br>Defendants. | No. CR13-05597 BHS<br><br>STIPULATION OF PARTIES, AND ORDER, CONTINUING DEADLINE FOR PRETRIAL MOTIONS |

COME NOW defendant Francisco Rodriguez-Perez, by and through his attorney, Christopher Black, and the United States of America, by and through Mark Parrent, Assistant United States Attorney for the Western District of Washington, and present the following stipulation to the court.

## STIPULATION

WHEREAS:

1. Defendant Francisco Rodriguez-Perez ("Mr. Rodriguez") is represented in this matter by Christopher Black. The Government is represented by Assistant United States Attorney Mark Parrent.

2. Mr. Rodriguez is one of six defendants charged by indictment with various counts relating to controlled substances and firearms.

STIPULATION OF PARTIES, ANI
ORDER, CONTINUING DEADLINE FOR PRETRIAL
MOTIONS (*Francisco Rodriguez-Perez*; No. CR13-05597 BHS) - 1

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

3. Trial is currently set for April 8, 2014. The current pretrial motions deadline is February 6, 2014.

4. Defense counsel has identified a number of evidentiary issues present in Mr. Rodriguez's case and advised the government of these evidentiary issues by letter.

5. The government and the defense are actively pursuing resolution of this matter short of trial based on the aforementioned evidentiary issues. The parties have not been able to reach a conclusion of those discussions and require additional time to complete negotiations.

6. The parties anticipate being able to either reach a resolution, or come to a determination that the case will not resolve short of trial, by February 24, 2014.

7. If the parties are able to reach resolution, it will save the defense the resources required to prepare any motions, the government the resources required to respond to the motions, both parties the resources required to prepare for any hearing on the motions, and the Court from needing to hold a hearing and prepare rulings on the motions.

8. Given that the trial date in this matter is more than two months away, the parties submit that continuing the pretrial motions deadline to February 24, 2014, should not delay the proceedings, and that a continuance of the pretrial motions deadline will promote the interests of justice.

STIPULATION OF PARTIES, AND ORDER, CONTINUING DEADLINE FOR PRETRIAL MOTIONS (*Francisco Rodriguez-Perez*; No. CR13-05597 BHS) - 2

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

THE PARTIES THEREFORE STIPULATE:

That deadline for submitting pretrial motions should be extended to February 24, 2014.

### ORDER

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the deadline for submitting pretrial motions is continued to 2/24/2014.

DATED THIS 19 day of February, 2014.

The Honorable Benjamin H. Settle
United States District Court Judge

STIPULATION OF PARTIES, AND P
ORDER, CONTINUING DEADLINE FOR PRETRIAL
MOTIONS (*Francisco Rodriguez-Perez*; No. CR13-
05597 BHS) - 3

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401