1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR RODRIGUEZ IBARRA,<br>JUAN MANUEL GOMEZ-RUIZ,<br>JUAN CUATRO-REVELO,<br>JENNIFER KLEPACH,<br>GARY POLSTON, and<br>FRANCISCO RODRIGUEZ-PEREZ,<br>  aka SANTOS BARRAGAN-PEREZ,<br>  aka JOSE SANDOVAL MALDANADO,<br><br>Defendants. | CASE NO. CR13-5597BHS<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY** |

This matter comes before the Court upon motion of the United States for a protective order, pursuant to Title 21, United States Code, Section 853(e)(1)(A) and Title 18, United States Code, Section 983(a)(3)(C), to maintain custody of certain property named for forfeiture in the Superseding Indictment filed in this matter on November 14, 2013.  Having reviewed the United States' motion, the Court finds:

The property to which this Order refers to is as follows:

a.  $10,617.00 in U.S. currency, more or less, seized from the residence of JUAN
    MANUEL GOMEZ-RUIZ on or about October 29, 2013;

POST-INDICTMENT PROTECTIVE ORDER - 1
*U.S. v. Edgar Rodriguez Ibarra, et al.* (Case No. CR13-5597BHS)

1      b. $9,019.97 in U.S. currency, more or less, seized from the residence of

2         FRANCISCO RODRIGUEZ-PEREZ, on or about October 29, 2013;

3      c. $970.00 in U.S. currency, more or less, seized from the residence of JUAN

4         CUATRO-REVELO, on or about October 29, 2013;

5      d. One (1) 2006 black Mercedes Benz C230, Washington license plate: AIX5559,

6         VIN: WDBRF52H66F730974, seized from JENNIFER KLEPACH, on or about

7         October 29, 2013;

8      e. One (1) 9mm Semi-Automatic Taurus PT92AF Pistol, serial number: THJ48588,

9         seized from a Dodge Durango, California license plate: 5ACA466;

10     f. One (1) .16 gauge Mossberg pump shotgun, model 190KA (serial number

11        obliterated);

12     g. One (1) gray 2004 Ford F-150, Washington license plate: B37517R, VIN:

13        1FTPW12584KA67578, seized from JUAN MANUEL GOMEZ-RUIZ; and

14     h. One (1) .45 caliber Smith and Wesson handgun, serial number: MPY4471.

15  The Property, as described above, has been named in the November 14, 2013 Superseding

16  Indictment in this case as subject to forfeiture, and more particularly described in the

17  Government's First Bill of Particulars filed February 26, 2014.  The Property is currently in

18  the custody of the United States Marshal's Service and Drug Enforcement Administration,

19  and is subject to administrative forfeiture notice and claim proceedings under Title 18,

20  United States Code, Section 983.

21       The United States is entitled to a protective order pursuant to Title 21, United States

22  Code, Section 853(e)(1)(A) based on the fact that the Property is included in the Superseding

23  Indictment, which alleges that, upon conviction, the Property is subject to forfeiture.  This

24  demonstrates the probable cause necessary for the continued restraint and custody of the

25  Property pending conclusion of the criminal forfeiture proceedings in this case and pending

26  further order of the Court.

27

28

POST-INDICTMENT PROTECTIVE ORDER - 2
*U.S. v. Edgar Rodriguez Ibarra, et al.* (Case No. CR13-5597BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    It is therefore

2    **ORDERED AND ADJUDGED:**

3    1.  The United States' motion for a protective order is GRANTED.

4    2.  The Property, as identified above, shall remain in the custody of the United States

5        Marshal's Service and Drug Enforcement Administration pending conclusion of

6        the criminal forfeiture proceedings and further order of this Court.

7    3.  The Clerk is ordered to send copies of this Order to counsel for all parties of

8        record.

9    DATED this 24th day of March, 2014.

10

11

12

13

14   BENJAMIN H. SETTLE
     United States District Judge

15

16

17

18
     Presented by:
19

20    *s/Matthew H. Thomas*
     MATTHEW H. THOMAS
21   Assistant United States Attorney
     United States Attorney's Office
22   1201 Pacific Avenue, Suite 700
23   Tacoma, Washington 98402
     Phone: (253) 428-3809
24   Fax: (253) 428-3826
25   E-Mail: Matthew.H.Thomas@usdoj.gov

26

27

28

POST-INDICTMENT PROTECTIVE ORDER - 3
*U.S. v. Edgar Rodriguez Ibarra, et al.* (Case No. CR13-5597BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800